IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Wesley Wayne Sawka aka Wesley Sawka | : | Bankruptcy No. 14-bk-01311-RNO |
| aka Wesley W. Sawka, | : | Chapter 13 |
|     Debtor(s) | : | |
| | : | |
| Nationstar Mortgage LLC, | : | |
|     Movant, | : | |
| | : | |
| Wesley Wayne Sawka aka Wesley Sawka | : | |
| aka Wesley W. Sawka, | : | |
|     Debtor(s) / Respondent(s) | : | |
| | : | |
| and | : | |
| Charles J. DeHart, III, | : | |
|     Trustee/Respondent. | : | |
| | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

    Please take notice that the undersigned hereby enters his/her appearance as counsel for Creditor, Nationstar Mortgage LLC, in the above proceeding and, pursuant to Bankruptcy Rule 2002 and Local Bankruptcy Rule 9010.1, requests that his/her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

    Matthew C. Waldt, Esquire
    Milstead & Associates, LLC
    1 E. Stow Road
    Marlton, NJ 08053
    (856) 482-1400

    Please take further notice that the foregoing request includes the notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED:  August 26, 2016                    MILSTEAD & ASSOCIATES, LLC
                                              BY:  <u>/s/Matthew C. Waldt</u>
                                              Matthew C. Waldt
                                              Attorney ID No. 203308
                                              1 E. Stow Road
                                              Marlton, NJ 08053
                                              (856) 482-1400

218324-2