```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 14-01311-RNO
Wesley Wayne Sawka                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: MMchugh      Page 1 of 1      Date Rcvd: Sep 19, 2016
                      Form ID: pdf010    Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
          ##+Emma I Sawka,   321 E Main Street,   Plymouth, PA 18651-3101
                                                                                                                                                            TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2016                                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2016 at the address(es) listed below:
        Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        Joseph P Schalk   on behalf of Creditor   Nationstar Mortgage LLC pamb@fedphe.com
        Joshua I Goldman   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Joshua I Goldman   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Matthew Christian Waldt   on behalf of Creditor   Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
         bkecf@milsteadlaw.com
        Tullio  DeLuca   on behalf of Plaintiff Wesley Wayne Sawka tullio.deluca@verizon.net
        Tullio  DeLuca   on behalf of Debtor Wesley Wayne Sawka tullio.deluca@verizon.net
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        William Edward Miller   on behalf of Creditor   Capital One, N.A. wmiller@sterneisenberg.com,
         bkecf@sterneisenberg.com
                                                                                                                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Wesley Wayne Sawka<br>aka Wesley Sawka<br>aka Wesley W. Sawka<br><br>       Debtor. | Chapter 13<br><br>Case No.: 5:14-bk-01311-RNO |
| Nationstar Mortgage LLC<br>       Movant,<br>vs.<br><br>Wesley Wayne Sawka<br>aka Wesley Sawka<br>aka Wesley W. Sawka,<br>       Debtor / Respondent,<br>and<br>Charles J. DeHart, III,<br>       Trustee / Respondent | |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY
AND 11 U.S.C. § 1301(c) AS TO CO-DEBTOR STAY**

AND NOW, it is hereby

**ORDERED** that Nationstar Mortgage LLC is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Wesley Wayne Sawka aka Wesley Sawka aka Wesley W. Sawka and 11 U.S.C. § 1301(c) as to Non-Filing Co-Debtor Emma I. Sawka, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 321 E. Main Street, Plymouth, PA 18651;

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

**ORDERED** that Movant may pursue any and all loss mitigation options with respect to the Debtor and/or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(DG)

Dated: September 19, 2016