# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Wesley Wayne Sawka aka Wesley Sawka aka Wesley W. Sawka

CHAPTER 13

CASE NO. 5 - 14 -bk- 01311-RNO

-Debtor(s)

FILED WILKES-BARRE, PA 2016 OCT 11 PM 2:2[?] CLERK US BANKRUPTCY COURT

## APPLICATION REQUESTING REDACTION OF PERSONAL INFORMATION

Capital One, N.A._____, hereby states that the following document(s) contain personally identifiable information as defined in Fed. R. Bankr. P. 9037 and requests that these document(s) be redacted pursuant to Local Rule 9037-1:

First page of the Note filed with the Proof of Claim filed as claim 3 on April 10, 2014 contains the loan number. The Note is located in part 2, page 1 of 12 of the Proof of Claim.

[specifically describe the document(s) you are seeking to redact, preferably indicating the docket number. For example, Docket. No. 32, Exhibit A to Certification in Support of Motion for Relief from the Automatic Stay].

I am [check appropriate box]:

[✓] including the $25.00 redaction fee.

[ ] requesting waiver of the redaction fee on the grounds that _____

[Specify the reason(s) you believe you should not have to pay the redaction fee. For example, "I am the debtor and am seeking to redact personal identifiers from records that were filed by a creditor in the case."]

I understand that I must serve a copy of this application on the debtor, any individual whose personal identifiers have been exposed, the case trustee (if any), and the United States trustee. I must file proof of service of this application within five (5) days of filing it with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Applicant

Date: ~~9/20/16~~ 10/5/16

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRES DIVISION

IN RE:

Wesley Wayne Sawka aka Wesley Sawka
aka Wesley W. Sawka,

    Debtor,

Capital One, N.A., its assignees and/or
successors in interest,

    Movant

    and

Wesley Wayne Sawka;
Charles J. DeHart, III, Trustee,

    Respondents.

Bk. No.5:14-bk-01311-RNO

CHAPTER 13

## ORDER ON APPLICATION REQUESTING REDACTION OF PERSONAL INFORMATION

The Court has considered the Application Requesting Redaction of Personal Information filed by Capital One, N.A., for the purpose of removing private information from a court record, specifically Proof of Claim No. 3. Accordingly,

    **IT IS ORDERED** that the application is **GRANTED**.

    **IT IS FURTHER ORDERED** that the Clerk of Court is directed to redact and substitute the current document (Note) on record. Capital One shall file a corrected document within 14 days from the entry of this Order.

SUBMITTED BY:

By_____
BONNI S. MANTOVANI, ESQ., CA BAR # 106353
As Agent for Capital One, N.A.
C.270-181

1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Ricardo Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 10/5/16, I served the within APPLICATION REQUESTING REDACTION OF PERSONAL INFORMATION and [PROPOSED] ORDER ON APPLICATION REQUESTING REDACTION OF PERSONAL INFORMATION on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Wesley Wayne Sawka
321 E. Main St.
Plymouth, PA 18651

Tullio DeLuca
381 N. 9th Street
Scranton, PA 18504

Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 10/5/16, at Woodland Hills, California.

1