In re:  
Wesley Wayne Sawka  
    Debtor

Case No. 14-01311-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: REshelman  Page 1 of 1  Date Rcvd: Oct 12, 2016  
Form ID: pdf010  Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2016.
```
db          #+Wesley Wayne Sawka,    321 E. Main St.,   Plymouth, PA 18651-3101
cr           +Capital One N.A.,   Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
4770193      +Capital One N.A.,,   Payment Processing,   P.O. Box 105385,   Atl, GA 30348-5385
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2016 at the address(es) listed below:
```
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Joseph P Schalk    on behalf of Creditor    Nationstar Mortgage LLC pamb@fedphe.com
          Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Tullio  DeLuca    on behalf of Debtor Wesley Wayne Sawka tullio.deluca@verizon.net
          Tullio  DeLuca    on behalf of Plaintiff Wesley Wayne Sawka tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William Edward Miller    on behalf of Creditor    Capital One, N.A. wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
```
    TOTAL: 9

IN RE:

**WESLEY WAYNE SAWKA**
**AKA WESLEY SAWKA**
**AKA WESLEY W. SAWKA**

Debtor(s)

Chapter 13

Case Number: **5-14-bk-01311 RNO**

## ORDER

It is hereby, **ORDERED** that the Application Requesting Redaction of personal Information is:

**GRANTED.** The Redacted document(s) must be filed with the Court within fourteen (14) days of the date of this Order by the **Applicant.**

Dated: October 11, 2016

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

MDPA-Order on Request for Redaction.WPT REV 06/16