```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 14-01311-JJT
Wesley Wayne Sawka                                                  Chapter 13
         Debtor            CERTIFICATE OF NOTICE
District/off: 0314-5       User: REshelman            Page 1 of 2          Date Rcvd: Oct 03, 2017
                           Form ID: pdf010            Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
```
db           #+Wesley Wayne Sawka,    321 E. Main St.,    Plymouth, PA 18651-3101
cr            +Capital One N.A.,    Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
cr            +Capital One, N.A.,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
                Warrington, PA 18976-3400
4528799       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
4464486       +Capital One Bank,    P.O. Box 30285,    Salt Lake City, Utah 84130-0285
4770193       +Capital One N.A.,,    Payment Processing,    P.O. Box 105385,    Atl, GA 30348-5385
4464487        Capital One National Association,    Loan Recovery Department,    P.O. Box 259350,
                Plano, Texas 75025-9350
4474070       +Capital One, N.A.,    7933 Preston Road,    Bldg 2 Floor 3,    Plano, TX 75024-2359
4464488       +Carlotta Credit Co.,    303 Wyoming Ave.,    Kingston, Pennsylvania 18704-3502
4464489      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court:   Directv,    P.O. Box 6550,    Greenwood Village, Colorado 80155)
4464490       +Geisinger Health System,    100 North Academy Ave.,    Danville, Pennsylvania 17822-0001
4464491      ++MERCANTILE ADJUSTMENT BUREAU,    PO BOX 9016,    WILLIAMSVILLE NY 14231-9016
               (address filed with court:   Mercantile Adjustment Bureau,    803 West Ave.,    Ste. 197,
                Rochester, New York 14611)
4464492      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    Po Box 619096,    Dallas, TX  75261-9741)
4464495       +Phelan Hallinan, LLP,    One Penn Center Plaza,    1617 JFK Blvd, Ste. 1400,
                Philadelphia, Pennsylvania 19103-1814
4464496       +Professional Account Svcs.,    P.O. Box 188,    Brentwood, Tennessee 37024-0188
4464498       +Verizon Bankruptcy Dept.,    500 Technology Drive,    Suite 550,
                Weldon Spring, Missouri 63304-2225
4464499       +Wilkes-Barre General Hospital,    575 N. River St.,    Wilkes-Barre, Pennsylvania 18764-0001
4464501       +Wyoming Valley Infectious Disease Assoc.,    545 N. River St., Ste. 205,
                Wilkes-Barre, Pennsylvania 18702-2647
4464502       +Wyoming Valley Sanitary Authority,    P.O. Box 33A,    1000 Wilkes-Barre Street,
                Wilkes-Barre, Pennsylvania 18711-1002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4490721        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 03 2017 19:11:51
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
4524242       +E-mail/Text: bncmail@w-legal.com Oct 03 2017 19:02:17      CERASTES, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4744327       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 03 2017 19:05:25      Capital One N.A.,
                c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
4464493       +E-mail/Text: csc.bankruptcy@amwater.com Oct 03 2017 19:02:26      PA American Water,
                PO Box 578,    Alton, IL 62002-0578
4464497        E-mail/Text: bkrcy@ugi.com Oct 03 2017 19:02:24      UGI Utilities,    225 Morgantown Road,
                Attn: Mgr. of Collections,    Reading, Pennsylvania 19611
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4826650        Nationstar Mortgage LLC
4464494        Pennsylvania Physician Services
4492804*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    Po Box 619096,    Dallas, TX  75261-9741)
4464500*      +Wilkes-Barre General Hospital,    575 N. River St.,    Wilkes-Barre, Pennsylvania 18764-0001
                                                                                              TOTALS: 2, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2017 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Joseph P Schalk    on behalf of Creditor    Nationstar Mortgage LLC jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Plaintiff Wesley Wayne Sawka tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor Wesley Wayne Sawka tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    Capital One, N.A. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
************************************************************************
  IN RE:                                  :        CHAPTER 13
  WESLEY WAYNE SAWKA                      :
  a/k/a Wesley W. Sawka                   :
  a/k/a Wesley Sawka                      :
                                          :        CASE NO. 5:14-01311
              Debtor(s)                   :
************************************************************************
                              ORDER
************************************************************************
```

Upon consideration of the Debtor's Motion to Dismiss Chapter 13 Case, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the above captioned case is dismissed.

Dated: October 3, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)