**TULLIO DeLUCA**
**ATTORNEY-AT-LAW**
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

November 3, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Wesley W. Sawka
        **Chapter 13 Bankruptcy**
        **Case No. 5-14-01311**

Dear Sir/Madam:

    I have received returned mail for **MR. COOPER,** the debtor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 89580 CYPRESS WATERS BLVD DALLAS, TX 750109 .Please be advised the correct information is as follows:

MR. COOPER
PO BOX 619098
DALLAS, TEXAS 75261-9741

I served the Notice of Chapter 13 Bankruptcy Case at the above address on (Nov. 3, 2017). Please correct the mailing matrix.

    Thank you for assistance in this matter.

        Very truly yours,


        /s/ Tullio DeLuca, Esquire

TD/th